AO 245E   (Rev. 9/00) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

**FILED**

FEB 1 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**v.**

MII Liquidation, Inc.,
Charged as Metabolife International, Inc.,

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER: 03CR1088-J

Robert Humphries

Defendant Organization's Attorney

☐

THE DEFENDANT ORGANIZATION:

☒  pleaded guilty to count(s)     Two of the Indictment

☐  was found guilty on count(s)

after a plea of not guilty.
Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 1001 | FALSE STATEMENT | 2 |

The defendant organization is sentenced as provided in pages 2 through ___1 :11___ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant organization has been found not guilty on count(s)

☒  Count(s)  Remaining Counts       ☐ is ☒ are dismissed on the motion of the United States.

☒  Assessment : $ 400.00

☒  $24,000.00 Fine ordered

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

February 11, 2008

Date of Imposition of Sentence

HON. NAPOLEON A. JONES, JR.
UNITED STATES DISTRICT JUDGE

Entered Date:

03CR1088-J